IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASPER WILFORD ALFORD,

    Petitioner,               No. CIV S-97-0664 LKK DAD P

    vs.

THOMAS MADDOCK, et al.,

    Respondents.        <u>ORDER</u>

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 24, 2005, this court appointed counsel for petitioner for the limited purpose of addressing the question whether this court has jurisdiction to consider the merits of petitioner's challenges to his 1979 conviction. On June 15, 2005, petitioner filed a request for extension of time until July 21, 2005, to file his brief in support of this court's jurisdiction over petitioner's claims. Good cause appearing, that request will be granted.

/////

/////

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. Petitioner's request for extension of time is granted; and

3      2. Petitioner's brief in support of this court's jurisdiction shall be filed by July 21,

4  2005.

5  DATED: June 20, 2005.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

DAD:8:alfo0664.ext