IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASPER WILFORD ALFORD,

    Petitioner,                     No. CIV S-97-0664 LKK DAD P

    vs.

THOMAS MADDOCK, et al.,

    Respondents.                ORDER

/

         Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's counsel was appointed by this court for the limited purpose of addressing the court's jurisdiction to consider the merits of petitioner's habeas corpus petition challenging his 1979 state court conviction. On January 23, 2006, petitioner filed a letter with the court directed to the undersigned in which he requests assistance in obtaining his legal file. Petitioner states that he was transferred from one state to another in September, 2005, after filing a prison grievance at his previous institution, and that he has since received only a small portion of his legal materials at his new institution. It appears from the court docket that this letter was served on petitioner's attorney of record.

/////

/////

1

Petitioner is advised that this court may not intervene directly to obtain his legal property in this habeas corpus proceeding. Petitioner may wish to consider pursuing the prison grievance procedure at the institution where he is currently confined.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 23, 2006 letter, construed as a request for court assistance in obtaining his legal property, is denied; and

2. The Clerk of Court is directed to serve this order on petitioner and his attorney of record.

DATED: February 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:alford664.o