UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JASPER WILFORD ALFORD,** | ) | No. CIV S-97-0664 LKK DAD P |
| Petitioner, | ) ) | **CERTIFICATE** |
| | ) | **OF APPEALABILITY** |
| v. | ) ) | |
| **THOMAS MADDOCK, et al.** | ) ) | |
| Respondents. | ) ) | |

    On May 11, 2007, this Court entered an Order denying the Amended Petition For Writ of Habeas Corpus. On the same day, this Court entered a Judgment against petitioner and in favor of respondent.

    Pursuant to 28 U.S.C. § 2253, petitioner filed a timely Request of Certificate of Appealability. The Court finds that petitioner has demonstrated that adjudication of his Petition for Writ of Habeas Corpus presents a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), with respect to the following issue:

> Whether petitioner may challenge in federal court the constitutional validity of a state court, prior conviction used to enhance his current state sentence, where the state court erroneously barred petitioner from litigating the validity of that prior conviction in state court.

*Alford v. Maddock*, No. CIV S-97-0664 LKK DAD P
[Proposed] Certificate of Appealability

As to the foregoing issue, petitioner's request for a Certificate of Appealability is granted.

Dated:   May 23, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Alford v. Maddock*, No. CIV S-97-0664 LKK DAD P
[Proposed] Certificate of Appealability